JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MARTIN, | CASE # SACV09-00075 CJC (AGRx) |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY; and BERLEX, INC. DISABILITY AND LONG TERM CARE PLAN; | |
| Defendants. | |

The above-captioned matter, and all claims and counterclaims for relief therein, are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Date: 12/1/09

Honorable Cormac J. Carney
UNITED STATES DISTRICT JUDGE

---

1
**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
USDC CDCA Case # SACV09-00075 CJC (AGRx)
488001.1